COMPLAINT by A PRISONER UNDER CIVIL RIGHTS ACT. 42 U.S.C 1983.

FILED
APR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME  WEAVER ,   WILLIE
         (LAST)        (FIRST)   (INITIAL)

PRISONER NUMBER   J-91389

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  1838  JW (PR)

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)
VS.
THIRD WATCH PELICAN BAY STATE PRISON WARDEN, ASSIT WARDEN, CAPTAIN, LIETENANT, SERGEANT, CORRECTIONAL OFFICERS
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDE BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT P.S.U
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS 'YES' ⇒ LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____

3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEAL AVAILABLE TO YOU?
   YES ( )   NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. _____ STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.

PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531 WARDEN, THIRD WATCH, ASS'T WARDEN CAPTAIN, LIEUTENANT, SERGEANT CORRECTIONAL OFFICER FOR 03/23/08 INMATES IN A-SECTION P.S.U MEDICAL CELL 203, 204, 102, 103, 207, 208, 209, 110, 211

COMPLAINT        - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.
ON 03/23/08, DEFENDANTS, INMATES ARE IN CONSPIRACY AGAINST PLAINTIFF CALLING PLAINTIFF-N-WORDS HARRASSING PLAINTIFF, THREATING PLAINTIFF, THROUGH SENSORY DEVICE MACHINE HERE ARE WITTNESS NAMES GOING THREW THE SAME THING, WILLOCK, 1* BLOCK, JOHN RABE D-58062, CARLOS LUTZ MONTELLO 1* BLOCK / THERE ARE INMATES IN CONSPIRACY WITH DEFENDANT(S) B-SECTION A-SECTION CELLS 203, 204, 102, 103, 207, 208, 209 110, 211, DEFENDANT(S) SHOWED DELIBERATE INDIFERENCE UNDER THE EIGHTH AMENDMENT THAT CONSTITUTE CRUEL UNUSUAL PUNISHMENT

IV. RELIEF YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.
LIABILITY DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT(S) THREATING, CONSPIRACY, UNITED STATES CONSTITUTION VIOLATION.
PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
SIGNED THIS __03__ day of __24 20 08__
COMPLAINT       -3-

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

**PELICAN BAY**
**P.S.U. UNIT B-2**

CONFIDENTIAL
LEGAL MAIL